Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

October 29, 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CASE NO. **4:24-cr-00546** |
| v. | § § | **FILED UNDER SEAL** |
| **JUAN ANGEL ORTIZ** | § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

On or about May 16, 2024 through on or about July 18, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**JUAN ANGEL ORTIZ**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about May 16, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JUAN ANGEL ORTIZ

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## COUNT THREE

On or about July 18, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JUAN ANGEL ORTIZ

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved at least 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1- ( 2-phenylethyl ) -4-piperidinyl] (Fentanyl), a schedule II controlled substance, and at least 1 kilogram or more of a mixture or substance containing a detectable amount of Heroin, a schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## COUNT FOUR

On or about July 18, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JUAN ANGEL ORTIZ

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved at least 50 grams or more of a mixture or substance containing a detectable

amount of methamphetamine its salts, isomers, or salts of isomers, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B).

## **COUNT FIVE**

On or about July 18, 2024, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### **JUAN ANGEL ORTIZ**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the firearm listed below:

1. One Kriss Vector SDP, .45 caliber pistol with serial number 45P011808,

and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## **NOTICE OF FORFEITURE**

### **21 U.S.C. § 853**
(Counts 1 through 4)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Sections 853, and as a result of the conviction of a violation of Title 21, United States Code, Sections 841, 846, as alleged herein, notice is given to the Defendant,

### **JUAN ANGEL ORTIZ**

that he shall forfeit to the United States (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and (2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such violation; including specifically, but not limited to:

(A):     $6,600.00 in United States currency obtained by the Defendant on May 16, 2024, in Houston, Texas,

(B):     $7,985.00 in United States currency seized from the Defendant on July 18, 2024, in Houston, Texas,

## SUBSTITUTE ASSETS

In the event that the property that is subject to forfeiture pursuant Title 21, United States Code, Sections 841, 846, and 853, is unavailable as a result of any act or omission of the defendant, Or:

(A)     cannot be located upon the exercise of due diligence.

(B)     has been placed beyond the jurisdiction of the Court.

(C)     has been transferred or sold to, or deposited with a third party.

(D)     has been substantially diminished in value.

(E)     has been commingled with other property which cannot be subdivided without difficulty.

It is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to Title 21, United States Code, Section 853 (p).

## 18 U.S.C. §922(g)

(Count 5)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

## JUAN ANGEL ORTIZ

that upon conviction of a violation of Title 18, United States Code, Section 922(g) and 18 United

(A):      $6,600.00 in United States currency obtained by the Defendant on May 16, 2024, in Houston, Texas,

(B):      $7,985.00 in United States currency seized from the Defendant on July 18, 2024, in Houston, Texas,

## SUBSTITUTE ASSETS

In the event that the property that is subject to forfeiture pursuant Title 21, United States Code, Sections 841, 846, and 853, is unavailable as a result of any act or omission of the defendant, Or:

(A)      cannot be located upon the exercise of due diligence.

(B)      has been placed beyond the jurisdiction of the Court.

(C)      has been transferred or sold to, or deposited with a third party.

(D)      has been substantially diminished in value.

(E)      has been commingled with other property which cannot be subdivided without difficulty.

It is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to Title 21, United States Code, Section 853 (p).

## 18 U.S.C. §922(g)

(Count 5)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

## JUAN ANGEL ORTIZ

that upon conviction of a violation of Title 18, United States Code, Section 922(g) and 18 United

States Code, Section 924(c), the firearm involved in said violation are subject to forfeiture, including but not limited to the following: One Kriss Vector SDP, .45 caliber pistol with serial number 45P011808.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:

ANTHONY J. EVANS
Assistant United States Attorney